UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00606-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. WILLIAM MILES,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict of the Court, the status conference set for **Friday, May 27, 2011, at 9:00 a.m.** is **VACATED** and **RESET** for **Friday, June 10, 2011, at 9:00 a.m.**

      Dated: May 9, 2011.