UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00606-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  WILLIAM MILES,

      Defendant.

---

### **MINUTE** ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The status conference set for **Friday, June 10, 2011**, is **RESCHEDULED** from **9:00 a.m.** to **11:00 a.m.**

      Dated June 9, 2011.