UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00606-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  WILLIAM MILES,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The status conference set for Friday, June 10, 2011, at 9:00 a.m. is **RESET** to **Monday, June 13, 2011, at 4:30 p.m., in courtroom A-1002.**

      Dated:  June 10, 2011.