UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00606-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM MILES,

    Defendant.

## **AMENDED** ORDER

THIS MATTER coming before the Court upon Government's Motion Regarding Acceptance of Responsibility (ECF Doc. No. 31), filed April 12, 2012, and the Court having considered the same, it is hereby

ORDERED that Government's Motion Regarding Acceptance of Responsibility (ECF Doc. No. 31), filed April 12, 2012, is **GRANTED.** It is further

ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

Dated: July 25, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE